**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| MOTEL NAVIGATION LTD., EAGLE TRANSPORTATION LTD., SEVERO COMPANY LTD., SERENITY NAVIGATION LTD., WAVE SHIPPING LTD., and RONTOR LTD., | : | |
| Plaintiffs, | : | C.A. No.: 1:16-cv-01157-SLR |
| v. | : | |
| PDVSA PETROLEOS S.A., | : | |
| Defendant. | : | |

**NOTICE OF VOLUNTARY DISMISSAL**
**WITHOUT PREJUDICE PURSUANT TO RULE 41(a)(1)(A)**

Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, Plaintiffs hereby voluntarily dismiss this action without prejudice.

**COLE SCHOTZ P.C.**

Michael F. Bonkowski (No. 2219)
Nicholas J. Brannick (No. 5721)
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
(302) 651-2002 (Phone)
(302) 574-2102 (Fax)
mbonkowski@coleschotz.com
nbrannick@coleschotz.com

*Counsel for Plaintiffs, Motel Navigation Ltd., Eagle Transportation Ltd., Severo Company Ltd., Serenity Navigation Ltd., Wave Shipping Ltd., and Rontor Ltd.*

OF COUNSEL:

Michael E. Unger
Jan P. Gisholt
Michael J. Dehart
Freehill Hogan & Mahar LLP
80 Pine Street, 25th Floor
New York, NY 10005
Tel: (212) 425-1900
Fax: (212) 425-1901
unger@freehill.com
dehart@freehill.com

Dated: December 15, 2016